Louis H. RADIN, Appellant, v. NATHAN REIZEN, MICHAEL SLADE and SAMUEL L. NORMAN, Respondents.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

ROLLTON REALTY Co., INC., Appellant, v. GEORGE SACHNOFF and Another, Respondents.— Order in so far as appealed from modified by providing that defendant shall give plaintiff the particulars asked for in items 4, 5, 7, 11, 13, 14, 15, 16 and 17, in addition to those required by the order. As so modified the order is affirmed, without costs. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur. Settle order on notice.

ANNIE E. ROSE and Others, Appellants, v. JOHN CAVANAGH, Respondent.— Order opening defendant's default and restoring case to calendar upon condition affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ., concur.

FRANK ROSSO, Respondent, v. CARTER & WEEKES STEVEDORING COMPANY, Appellant.— The parties having stipulated in writing that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young and Kapper, JJ.

REBECCA SEGAR, Respondent, v. JOE STRAUCHLER and SAM ZIMMERMAN, Appellants.— Order adjudging defendants in contempt affirmed, with ten dollars costs and disbursements. The deposit of a deed with the clerk of the county of Kings by the defendants, married men, executed by them alone, does not stay the execution of the judgment entered herein directing defendants to execute and deliver to plaintiff a deed sufficient to convey to her a good and marketable title to the real property described in the judgment, and, in the absence of proof that the defendants were unable to procure their wives to join with them, defendants were properly adjudged to be in contempt. Further, defendants gave no undertaking pursuant to the provisions of section 598 of the Civil Practice Act.* Kelly, P. J., Lazansky and Hagarty, JJ., concur; Manning and Young, JJ., dissent, being of opinion that the court had no power to punish defendants for contempt for failing to do that which they were not under any obligation to do.

CARL SWENSON, Respondent, v. YELLOW TAXI CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.